

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-16-00223-CR

## IN RE AUGUSTINE CANTU JIMENEZ

---

## Original Proceeding

---

## ORDER

---

Augustine Cantu Jimenez's motion for rehearing, filed on August 26, 2016, is denied.[1]

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed September 7, 2016



---

[1] We received Jimenez's reply brief on August 15, 2016 after we issued our opinion and judgment. We have reviewed the reply brief and it does not impact our opinion and judgment.